IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN MILES MATCHETT,<br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., d/b/a/ MERCK, and<br>MERCK SHARP & DOHME CORP.,<br>Defendants. | Civil Action No. 21-4220 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Plaintiff and Defendants Merck & Co., Inc. and Merck Sharp & Dohme, Corp., through their respective counsel, stipulate that the above-captioned action has been settled and shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and fees.

Respectfully submitted,

/s/ J. Patrick Griffin
Adam C. Lease (Pa. ID No. 308038)
J. Patrick Griffin (Pa. ID No. 324224)
KARPF, KARPF & CERUTTI, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Phone: 215.639.0801
Fax:   215.639.4970
Email: pgriffin@karpf-law.com
       alease@karpf-law.com

*Attorneys for Plaintiff*

/s/ A. Klair Fitzpatrick
A. Klair Fitzpatrick (Pa. ID No. 309329)
Ali M. Kliment (Pa. ID No. 318988)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5000
Fax:   215.963.5001
Email: klair.fitzpatrick@morganlewis.com
       ali.kliment@morganlewis.com

*Attorneys for Defendants*